United States Bankruptcy Court

Central District of California

In re:                                                                                    Case No. 24-11782-WJ

Benjamin Schmidt                                                                  Chapter 7

Nicole Schmidt

     Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 05, 2024 | Form ID: ccdn | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**       **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2024:**

**Recip ID**       **Recipient Name and Address**
db/jdb       + Benjamin Schmidt, Nicole Schmidt, 15928 E Preserve Loop, Chino, CA 91708-9442

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2024       Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Benjamin Schmidt bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Joint Debtor Nicole Schmidt bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 3

| **United States Bankruptcy Court**<br>**Central District of California** | |
|---|---|
| In re:<br>Benjamin Schmidt<br>Nicole Schmidt<br>fka Nicole Priest, fka Nicole Smith | CHAPTER NO.:  7 |
| | CASE NO.: 6:24–bk–11782–WJ |

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☑ Statement of Related Cases (LBR Form 1015–2) [Information required by LBR 1015–2]
☑ Disclosure of Compensation of Attorney for Debtor (Official Form 2030). [11 U.S.C. § 329; FRBP 2016(b)]
☑ Declaration by Debtor(s) as to Whether Income was Received From an Employer within 60 Days of the Petition Date [11 U.S.C. § 521(a)(1)(B)(iv)] (LBR Form F1002–1)

**B.** Statement of Intention for Individuals Filing Under Chapter 7 (11 U.S.C. § 521(a)(2)(A)) [must be filed within 30 days from filing Petition (not required for corporations)] (Official Form 108)

**The Revised Official Bankruptcy Forms are mandatory and are available at www.cacb.uscourts.gov/forms**

For all items above that are not electronically filed, you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002–1(c) and 5005–2, and Court Manual, section 2.5(a)(2).

        Chapter 7    Original only

**Please return the original or copy of this form with all required items to the following location:**

        3420 Twelfth Street, Riverside, CA 92501–3819

If you have any questions, please contact the Court's Call Center at the toll free number (855) 460–9641.

Dated: <u>April 4, 2024</u>

                                  For the Court
                                  **Kathleen J. Campbell**
                                  Clerk of Court

(Form ccdn – Rev 02/2020)                                                                                          **1 /**