| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com | |
| ☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

## United States Bankruptcy Court
## Central District of California - Riverside Division

| In re:<br>Benjamin Schmidt<br>Nicole Schmidt<br>Debtor(s). | CASE NO.:<br>CHAPTER: 7<br><br>DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE<br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

### Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 03/29/2024    Benjamin Schmidt    [Signature]
Printed name of Debtor 1    Signature of Debtor 1

### Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 03/29/2024    Nicole Schmidt    [Signature]
Printed name of Debtor 2    Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015    F 1002-1.EMP.INCOME.DEC

# Earnings Statement

**ADP**

ALTA MED HEALTH SERVICES CORP.
PAYROLL ACCOUNT
2040 CAMFIELD AVENUE
LOS ANGELES, CA 90040

Period Beginning: 01/21/2024
Period Ending: 02/03/2024
Pay Date: 02/09/2024

Filing Status: Married filing jointly
Exemptions/Allowances:
   Federal: Standard Withholding Table, $125 Extra Withholding

Social Security Number: XXX-XX-7181

**BENJAMIN SCHMIDT**
**15928 E PRESERVE LOOP**
**CHINO CA 91708**

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Hours | 57.1032 | 72.00 | 4,111.43 | 11,420.64 |
| Pto | 57.1032 | 8.00 | 456.83 | 456.83 |
| Holiday | | | | 1,827.31 |
| **Gross Pay** | | | **$4,568.26** | 13,704.78 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $3,916.68

### Deductions

**Statutory**

| | | |
|---|---|---|
| Federal Income Tax | -269.32 | 807.96 |
| Social Security Tax | -271.35 | 814.05 |
| Medicare Tax | -63.46 | 190.38 |
| CA State Income Tax | -90.36 | 271.08 |
| CA SDI Tax | -48.11 | 144.33 |

**Other**

| | | |
|---|---|---|
| Critical Illnes | -7.88 | 23.64 |
| Dental Pre Tax | -26.77* | 80.31 |
| Life - Children | -0.49 | 1.47 |
| Life - Spouse | -0.70 | 2.10 |
| Life Ins | -1.40 | 4.20 |
| Medical Fsa | -41.67* | 125.01 |
| Medical Pre Tax | -123.31* | 369.93 |
| Vision Pre Tax | -3.00* | 9.00 |
| 403B Ee Cntrb | -456.83* | 1,370.47 |
| Grouptermlife | | 3.11 |
| Misc | | -3.11 |

| | | |
|---|---|---|
| **Net Pay** | | **$3,163.61** |
| Primary Chking | -3,163.61 | |
| **Net Check** | | **$0.00** |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| G.T.L. | 3.11 | 9.33 |
| 403B Er Match | 182.73 | 548.21 |
| Pto | | 266.66 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 323-725-8751

**Additional Tax Withholding Information**
Taxable Marital Status:
  CA: Married
Exemptions/Allowances:
  CA: 4

© 2000 ADP, Inc.

---

ALTA MED HEALTH SERVICES CORP.
PAYROLL ACCOUNT
2040 CAMFIELD AVENUE
LOS ANGELES, CA 90040

**Advice number:** 00000063789
**Pay date:** 02/09/2024

**Deposited to the account of**
**BENJAMIN SCHMIDT**

| account number | transit ABA | amount |
|---|---|---|
| xxxxx8932 | xxxx xxxx | $3,163.61 |



**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

ALTA MED HEALTH SERVICES CORP.
PAYROLL ACCOUNT
2040 CAMFIELD AVENUE
LOS ANGELES, CA 90040

Period Beginning: 02/04/2024
Period Ending: 02/17/2024
Pay Date: 02/23/2024

Filing Status: Married filing jointly
Exemptions/Allowances:
 Federal: Standard Withholding Table,$125 Extra Withholding

Social Security Number: XXX-XX-7181

**BENJAMIN SCHMIDT**
**15928 E PRESERVE LOOP**
**CHINO CA 91708**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Hours | 57.1032 | 80.00 | 4,568.26 | 15,988.90 |
| Holiday | | | | 1,827.31 |
| Pto | | | | 456.83 |
| **Gross Pay** | | | **$4,568.26** | 18,273.04 |

**Deductions**

Statutory
| | this period | year to date |
|---|---|---|
| Federal Income Tax | -269.32 | 1,077.28 |
| Social Security Tax | -271.35 | 1,085.40 |
| Medicare Tax | -63.46 | 253.84 |
| CA State Income Tax | -90.36 | 361.44 |
| CA SDI Tax | -48.10 | 192.43 |

Other
| | this period | year to date |
|---|---|---|
| Critical Illnes | -7.88 | 31.52 |
| Dental Pre Tax | -26.77* | 107.08 |
| Life - Children | -0.49 | 1.96 |
| Life - Spouse | -0.70 | 2.80 |
| Life Ins | -1.40 | 5.60 |
| Medical Fsa | -41.67* | 166.68 |
| Medical Pre Tax | -123.31* | 493.24 |
| Vision Pre Tax | -3.00* | 12.00 |
| 403B Ee Cntrb | -456.83* | 1,827.30 |
| Grouptermlife | | 3.11 |
| Misc | | -3.11 |

| **Net Pay** | **$3,163.62** | |
|---|---|---|
| Primary Chking | -3,163.62 | |
| **Net Check** | **$0.00** | |

* **Excluded from federal taxable wages**

Your federal taxable wages this period are $3,916.68

**Other Benefits and Information**
| | this period | total to date |
|---|---|---|
| G.T.L. | 3.11 | 12.44 |
| 403B Er Match | 182.73 | 730.94 |
| Pto | | 274.97 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 323-725-8751

**Additional Tax Withholding Information**
Taxable Marital Status:
 CA: Married
Exemptions/Allowances:
 CA: 4

© 2000 ADP, Inc.

---

ALTA MED HEALTH SERVICES CORP.
PAYROLL ACCOUNT
2040 CAMFIELD AVENUE
LOS ANGELES, CA 90040

**Advice number:** 00000083868
**Pay date:** 02/23/2024



**Deposited to the account of** | account number | transit ABA | amount
**BENJAMIN SCHMIDT** | xxxxx8932 | xxxx xxxx | $3,163.62

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

ALTA MED HEALTH SERVICES CORP.
PAYROLL ACCOUNT
2040 CAMFIELD AVENUE
LOS ANGELES, CA 90040

Period Beginning: 02/18/2024
Period Ending: 03/02/2024
Pay Date: 03/08/2024

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table,$125 Extra Withholding

Social Security Number: XXX-XX-7181

**BENJAMIN SCHMIDT**
**15928 E PRESERVE LOOP**
**CHINO CA 91708**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Hours | 57.1032 | 72.00 | 4,111.43 | 20,100.33 |
| Holiday | 57.1032 | 8.00 | 456.83 | 2,284.14 |
| Pto | | | | 456.83 |
| **Gross Pay** | | | **$4,568.26** | 22,841.30 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -269.32 | 1,346.60 |
| | Social Security Tax | -271.35 | 1,356.75 |
| | Medicare Tax | -63.46 | 317.30 |
| | CA State Income Tax | -90.36 | 451.80 |
| | CA SDI Tax | -48.11 | 240.54 |
| | **Other** | | |
| | Critical Illnes | -7.88 | 39.40 |
| | Dental Pre Tax | -26.77* | 133.85 |
| | Life - Children | -0.49 | 2.45 |
| | Life - Spouse | -0.70 | 3.50 |
| | Life Ins | -1.40 | 7.00 |
| | Medical Fsa | -41.67* | 208.35 |
| | Medical Pre Tax | -123.31* | 616.55 |
| | Vision Pre Tax | -3.00* | 15.00 |
| | 403B Ee Cntrb | -456.83* | 2,284.13 |
| | Grouptermlife | | 3.11 |
| | Misc | | -3.11 |
| **Net Pay** | | **$3,163.61** | |
| | Primary Chking | -3,163.61 | |
| **Net Check** | | **$0.00** | |

***** Excluded from federal taxable wages**

Your federal taxable wages this period are $3,916.68

| **Other Benefits and Information** | **this period** | **total to date** |
|---|---|---|
| G.T.L. | 3.11 | 15.55 |
| 403B Er Match | 182.73 | 913.67 |
| Pto | | 283.28 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 323-725-8751

**Additional Tax Withholding Information**
Taxable Marital Status:
  CA: Married
Exemptions/Allowances:
  CA: 4

© 2000 ADP, Inc.

ALTA MED HEALTH SERVICES CORP.
PAYROLL ACCOUNT
2040 CAMFIELD AVENUE
LOS ANGELES, CA 90040

**Advice number:** 00000103715
**Pay date:** 03/08/2024



**Deposited to the account of**
**BENJAMIN SCHMIDT**

| account number | transit ABA | amount |
|---|---|---|
| xxxxx8932 | xxxx xxxx | $3,163.61 |

**NON-NEGOTIABLE**

# Earnings Statement

ADP

ALTA MED HEALTH SERVICES CORP.
PAYROLL ACCOUNT
2040 CAMFIELD AVENUE
LOS ANGELES, CA 90040

| | |
|---|---|
| Period Beginning: | 03/03/2024 |
| Period Ending: | 03/16/2024 |
| Pay Date: | 03/22/2024 |

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table,$125 Extra Withholding

Social Security Number: XXX-XX-7181

**BENJAMIN SCHMIDT**
**15928 E PRESERVE LOOP**
**CHINO CA 91708**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Hours | 58.8163 | 80.00 | 4,705.30 | 24,805.63 |
| Holiday | | | | 2,284.14 |
| Pto | | | | 456.83 |
| **Gross Pay** | | | **$4,705.30** | 27,546.60 |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are $4,040.02

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -284.12 | 1,630.72 |
| | Social Security Tax | -279.85 | 1,636.60 |
| | Medicare Tax | -65.45 | 382.75 |
| | CA State Income Tax | -98.50 | 550.30 |
| | CA SDI Tax | -49.62 | 290.16 |
| | **Other** | | |
| | Critical Illnes | -7.88 | 47.28 |
| | Dental Pre Tax | -26.77* | 160.62 |
| | Life - Children | -0.49 | 2.94 |
| | Life - Spouse | -0.70 | 4.20 |
| | Life Ins | -1.40 | 8.40 |
| | Medical Fsa | -41.67* | 250.02 |
| | Medical Pre Tax | -123.31* | 739.86 |
| | Vision Pre Tax | -3.00* | 18.00 |
| | 403B Ee Cntrb | -470.53* | 2,754.66 |
| | Grouptermlife | | 3.11 |
| | Misc | | -3.11 |
| | **Net Pay** | **$3,252.01** | |
| | Primary Chking | -3,252.01 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 3.11 | 18.66 |
| 403B Er Match | 188.21 | 1,101.88 |
| Pto | | 291.59 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 323-725-8751

YOUR HOURLY RATE HAS BEEN CHANGED FROM 57.1032 TO 58.8163.

**Additional Tax Withholding Information**
Taxable Marital Status:
  CA: Married
Exemptions/Allowances:
  CA: 4

© 2000 ADP, Inc.

---

ALTA MED HEALTH SERVICES CORP.
PAYROLL ACCOUNT
2040 CAMFIELD AVENUE
LOS ANGELES, CA 90040

| | |
|---|---|
| **Advice number:** | **00000123619** |
| Pay date: | 03/22/2024 |

**Deposited to the account of**
**BENJAMIN SCHMIDT**

| account number | transit ABA | amount |
|---|---|---|
| xxxxx8932 | xxxx xxxx | $3,252.01 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**